**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DAVID F. CROUMBLEY | : |
|  | : |
| v. | : |
|  | : |
| THOMAS L. MORRELL | : |
| AND | : |
| UNIFIRST CORPORATION | : |

CIVIL ACTION NO.:

## NOTICE OF REMOVAL

**To the Judges of the United States District Court for the Eastern District of Pennsylvania:**

Defendants, Thomas. L. Morrell and Unifirst Corporation by and through their attorneys, Bodell, Bove, Grace & Van Horn, P.C., hereby file this Notice of Removal pursuant to 28 U.S.C.A. § 1446(a), and respectfully submit as follows.

1. On or about May 3, 2002, plaintiff, David F. Croumbley, commenced a civil action by the filing of a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, at April Term, 2002, Docket No. 005146 in which he named as defendants, Thomas L. Morrell and Unifirst Corporation. A true and correct copy of the Complaint filed in the Court of Common Pleas of Philadelphia County at April Term, 2002, Docket No. 005146, is attached as Exhibit "A".

2. Service of the Complaint was made on defendants, Thomas L. Morrell and Unifirst Corporation, on via Certified Mail, Return Receipt Request on or after May 8, 2002 . A true and correct copy of the Dockets of the Court of Common Pleas of Philadelphia County in the matter of *Croumbley v. Morrell and Unifirst Corporation*, is attached hereto as Exhibit "B".

3. In the Complaint, plaintiff, David Croumbley describes himself as an adult individual who resides at 3616 Earp Street, Philadelphia, PA 19146, Compl. at ¶1. It is believed and

therefore averred that plaintiff was and is a citizen of the Commonwealth of Pennsylvania at all times material hereto.

4.    Defendant, Unifirst Corporation, is incorporated under the laws of the State of Massachusetts with its principal place of business at 68 Johnspin Road, Wilmington, Massachusetts . Thus, Unifirst Corporation is a corporate citizen of the State of Massachusetts. *See* 28 U.S.C. §1332(c)(1).[1]

5.    Defendant, Thomas L. Morrell is an adult individual who resides at 107 N. Garden Blvd., Edgewater Park, NJ 08010, Compl. at ¶2.    It is believed and therefore averred that defendant, Thomas L. Morrell  was and is a citizen of the State of New Jersey at all times material hereto.

6.    The subject action is one which may be removed to this Court by the petitioning defendants pursuant to the provisions of 28 U.S.C. §1441 in that it involves real parties of different states and the amount in controversy exceeds the sum or value of Seventy-five Thousand Dollars ($75,000.00).  Thus, a District Court of the United States has original jurisdiction pursuant to 28 U.S.C. §1332(a).

7.    This notice is filed within thirty days after service upon any defendant and, therefore, is timely pursuant to 28 U.S.C. §1446(b).

8.    Defendants, Thomas L. Morrell and Unifirst Corporation, will promptly file a copy of this Notice with the Clerk of the Court of Common Pleas of Philadelphia County, in accordance

---

[1]

In the Complaint, it  is incorrectly averred that defendant, Unifirst Corporation is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania.   It should also be noted that its principal place of business, though unmentioned, is not within the Commonwealth of Pennsylvania.

with 28 U.S.C. § 1446(d).

9.      Defendants, Thomas L. Morrell and Unifirst Corporation, have caused to be served to plaintiff's counsel via first class mail written notices of the filing of this Notice of Removal as reflected on the attached Certificate of Service.

WHEREFORE, Defendants, Thomas L. Morrell and Unifirst Corporation, pray that the above action now pending against it in the Court of Common Pleas of Philadelphia County, Pennsylvania at April Term, 2002, Docket No. 005146 be removed therefrom to this Honorable Court.

DATED: May 21, 2002                      Respectfully submitted,

_____
Joseph T. Bodell, Jr.
Heidi G. Villari
Bodell, Bove, Grace & Van Horn, P.C.
One Penn Square West, 6th Floor
30 South 15th Street
Philadelphia, PA  19102
Phone:  (215) 864-6600
Facsimile:  (215) 864-6610
Attorneys for defendants
*Thomas L. Morrell*
*Unifirst Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
                                    :
DAVID F. CROUMBLEY                  :
                                    :
          v.                        :
                                    :    CIVIL ACTION NO.:
THOMAS L. MORRELL                   :
          AND                       :
UNIFIRST CORPORATION                :
```

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal has been sent via first-class mail, postage prepaid, on

this 21st day of May 2002, to:

> Denise C. Gentile, Esquire
> Perry DeMarco Law Offices
> Washington West Building
> 235 South 8th Street
> Philadelphia, PA 19106

DATED: May 21, 2002                          Respectfully submitted,

_____
Joseph T. Bodell, Jr.
Heidi G. Villari
Bodell, Bove, Grace & Van Horn, P.C.
One Penn Square West, 6th Floor
30 South 15th Street
Philadelphia, PA 19102
Phone: (215) 864-6600
Facsimile: (215) 864-6610