UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

JOSEPH T. BODELL
ONE PENN SQ WEST, 6TH FL
30 S. 15TH ST
PHILADELPHIA, PA 19102


DENISE C. GENTILE
WASHINGTON WEST BLDG
235 S. 8TH ST
PHILADELPHIA, PA 19106


## NOTICE OF SCHEDULING CONFERENCE

RE:   CROUMBLEY v. MORRELL, et al.
        CIVIL ACTION NO. 02-cv-3013


Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Thursday, August 1, 2002 at 11:00 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).


                                                                Very truly yours,


                                                                Kathryne M. Crispell
                                                                Deputy Clerk to Judge Ludwig


DATE:  July 15, 2002