```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID F. CROUMBLEY
                                   :        CIVIL ACTION
                                   :
          vs.                      :
                                   :        NO. 02-3013
THOMAS L. MORRELL, et al.

## O R D E R

**AND NOW, TO WIT:** this 26th day of November, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                              **MICHAEL E. KUNZ**, Clerk of Court


                         **BY:**_____
                                   Kathryne M. Crispell
                                   Deputy Clerk


 November 26, 2002   copies mailed to:

Denise C. Gentile, Esq.
Joseph T. Bodell, Esq.


Civ 2 (8/2000)